**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Salomon ORTEGA–VAZQUEZ, Defendant–Appellant.**

No. 04–2570.

United States Court of Appeals, Seventh Circuit.

July 22, 2005.

Gregory K. Harris, Office of the United States Attorney, Springfield, IL, for Plaintiff–Appellee.

Karl W. Bryning, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before RIPPLE, MANION, and SYKES, Circuit Judges.

## ORDER

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), has limited the Guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir.2005). The *Booker* issue was the only issue on appeal.

The district judge has replied that she would today impose the same sentence, knowing of the Guidelines' advisory status. The range under the Guidelines is 18 to 24 months, and Ortega–Vazquez's sentence of 18 months is the lowest possible sentence. Ortega–Vazquez's counsel now informs us, however, that Ortega–Vazquez has been released from prison and deported to Mexico, rendering this appeal moot. Accordingly, the appeal is DISMISSED.